## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jennifer Monzon** DOB:2002; United States<br>**Erika Diamond Viloria-Ahumada** DOB:2002; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-00172MJ** |

| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii) |
|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about March 29, 2021, in the District of Arizona, **Jennifer Monzon** and **Erika Diamond Viloria-Ahumada**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, namely Mynor Estuardo Olmino-Morales, Elva Perez-Lucas, Blanca Majia-Ruiz, Yuri Ajozale-Chonay, and Delmy Zucely Olmino-Morales, and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I),1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**COUNT 2 (Felony)** On or about March 29, 2021, in the District of Arizona, **Jennifer Monzon** and **Erika Diamond Viloria-Ahumada**, knowing and in reckless disregard of the fact that certain illegal aliens, namely Mynor Estuardo Olmino-Morales, Elva Perez-Lucas, Blanca Majia-Ruiz, Yuri Ajozale-Chonay, and Delmy Zucely Olmino-Morales, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii)**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about March 29, 2021, in the District of Arizona (North Komelik), United States Border Patrol Agents (BPA) encountered a 2014 Chrysler 300 at the FR-15 immigration checkpoint. When the Chrysler approached the primary inspection, the driver **Jennifer Monzon** did not appear to be preparing to stop. **Monzon** continued to slowly proceed past the stop sign with all the windows rolled up. The BPA knocked on the rear window and trunk, **Monzon** then stopped and rolled down the window. The BPA conducted immigration inspection on all the occupants. **Monzon** and front seat passenger **Erika Diamond Viloria-Ahumada** said they were U.S. Citizens. The BPA asked a rear passenger his country of citizenship, Monzon answered and said that he was a U.S citizen. The Chrysler was referred to secondary were the two rear passengers admitted they were in the U.S. illegally. The BPA asked Monzon if there were any people in the trunk and she says yes. The BPA found three undocumented noncitizens hiding in the trunk. The undocumented noncitizens were identified as Mynor Estuardo Olmino-Morales, Elva Perez-Lucas, Blanca Majia-Ruiz, Yuri Ajozale-Chonay, and Delmy Zucely Olmino-Morales. The Chrysler 300 is registered to **Monzon**.

Records checks revealed that Olmino-Morales, Perez-Lucas, Majia-Ruiz, Ajozale-Chonay, and Olmino-Morales did not have the proper immigration documentation to enter or remain in the U.S. legally.

In a post-*Miranda* statement, **Viloria-Ahumada** said that her friend **Monzon** picked her up at her house in Phoenix. After leaving her house, they drove to Tucson and then took a road past the Sells Hospital. **Viloria-Ahumada** admitted they were going to pick up undocumented people and **Monzon** was going to pay her an unknown amount of money. **Viloria-Ahumada** said they used a GPS to the pickup spot. When they arrived, they honked the horn, two people got inside the car, and three inside the trunk. **Monzon** got out of the car and closed the trunk. They drove to the checkpoint where they agent discovered the undocumented people.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>    Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA JAA/ri | SIGNATURE OF COMPLAINANT |
|---|---|
|  | OFFICIAL TITLE<br>Border Patrol Agent |

| Sworn by telephone  x |
|---|

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 30, 2021 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54